# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                       cklee@leelitigation.com

January 14, 2016

**VIA ECF**
Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

               Re:    *Lee, et al. v. Starbucks Corporation*
                      Case No. 15-cv-1634 (CBA)(VMS)

Dear Judge Scanlon:

   We are counsel to Plaintiffs.  We write to inform the Court that the parties have reached a settlement in principle.  As such, and pursuant to my discussion with Your Honor's Clerk, we submit this letter to confirm that the discovery teleconference previously scheduled for tomorrow, January 15, 2016, is adjourned *sine die*.


Respectfully,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:  all parties via ECF