# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

February 16, 2016

**VIA ECF**
Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Lee, et al. v. Starbucks Corporation*
               Case No. 15-cv-1634 (CBA)(VMS)

Dear Judge Scanlon:

    We are counsel to Plaintiffs. By letter dated January 14, 2016 the parties informed the Court that a settlement in principle had been reached (ECF Dkt. No. 25). On January 15, 2016, the Court Ordered the parties to file their stipulation of dismissal by February 16, 2016.

    The settlement agreement has been fully negotiated and the parties are in currently the process of executing same, which we expect to be completed shortly. As such, we respectfully request a one week extension of the date by which to submit the stipulation of dismissal.

    Thank you for the Court's kind consideration.

Respectfully,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF