UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYEONG JAE LEE, LINGXI KONG, NEIL STEVENS, SHUTING HUANG, JOHN DOE (ILLINOIS), JOHN DOE (MICHIGAN), JOHN DOE (NEW JERSEY) and JOHN DOES 1-100, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>-against-<br><br>STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY,<br><br>Defendant. | Case No.: 15-cv-1634<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action through their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:

By: _____
Rick L. Shackelford, Esq.
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel.: (310) 586-3878
Fax: (310) 586-1378
shackelfordr@gtlaw.com

Date: February 19, 2016

SO ORDERED

_____
U.S.M.J.

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 2-19-16

Dated _____